# United States Court of Appeals for the Fifth Circuit

No. 23-50320
Summary Calendar

United States Court of Appeals
Fifth Circuit

**FILED**
December 8, 2023

Lyle W. Cayce
Clerk

United States of America,

*Plaintiff—Appellee*,

*versus*

Luis Fernando Contreras-Juarez,

*Defendant—Appellant*.

Appeal from the United States District Court
for the Western District of Texas
USDC No. 2:22-CR-1240-1

Before Elrod, Oldham, and Wilson, *Circuit Judges*.

Per Curiam:[*]

Luis Fernando Contreras-Juarez appeals his guilty plea conviction and sentence for illegal reentry after removal in violation of 8 U.S.C. §§ 1326(a) and (b)(2). He argues that the recidivism enhancement in § 1326(b) is unconstitutional because it permits a sentence above the otherwise-applicable statutory maximum established by § 1326(a) based on facts that

---

[*] This opinion is not designated for publication. *See* 5th Cir. R. 47.5.

are neither alleged in the indictment nor found by a jury beyond a reasonable doubt. Contreras-Juarez acknowledges that this argument is foreclosed by *Almendarez-Torres v. United States*, 523 U.S. 224 (1998), but he seeks to preserve it for possible Supreme Court review. Accordingly, he has filed an unopposed motion for summary disposition.

We have held that subsequent Supreme Court decisions such as *Alleyne v. United States*, 570 U.S. 99 (2013), and *Apprendi v. New Jersey*, 530 U.S. 466 (2000), did not overrule *Almendarez-Torres*. *See United States v. Pervis*, 937 F.3d 546, 553-54 (5th Cir. 2019); *United States v. Wallace*, 759 F.3d 486, 497 (5th Cir. 2014). Contreras-Juarez is, therefore, correct that his argument is foreclosed. Because his position "is clearly right as a matter of law so that there can be no substantial question as to the outcome of the case," summary disposition is "necessary and proper." *Groendyke Transp., Inc. v. Davis*, 406 F.2d 1158, 1162 (5th Cir. 1969).

Accordingly, Contreras-Juarez's unopposed motion for summary disposition is GRANTED, and the judgment of the district court is AFFIRMED.